IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAMADOU BONTHORO DIALLO,

    Petitioner,

v.                                   2:26-cv-00852-KG-GJF

DORA CASTRO, et al.,

    Respondents.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Petitioner Mamadou Bonthoro Diallo's Petition for a Writ of Habeas Corpus, Doc. 1.  The Court previously entered a Temporary Restraining Order ("TRO") directing Respondent to release Petitioner.  Doc. 6.  The Government has not appeared or responded in this matter.  Accordingly, for the reasons set forth in the Court's TRO, the Court grants the Petition for a Writ of Habeas Corpus.  The Government is enjoined from redetaining Petitioner absent an individualized bond hearing at which the Government must justify detention by clear and convincing evidence.  The Government shall file a status report within ten (10) days of entry of this Order demonstrating compliance.

    IT IS SO ORDERED.

                                 /s/Kenneth J. Gonzales_____
                                 CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.